FILED
JAN 2 1 2005
LARRY W. PROPES, CLERK
COLUMBIA, SC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 3:04-330 |
| V. ) | |
| ) | VERDICT |
| TERRANCE DANIELS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

1. As to Count I, conspiracy to possess with intent to distribute and to distribute 50 grams or more of cocaine base (commonly known as "crack" cocaine), 5 kilograms or more of cocaine, or 100 grams or more of heroin, we, the jury, unanimously find Defendant Terrance Daniels

    _____ Not Guilty

    __✓__ Guilty

    If you found the Defendant guilty of Count 1, please continue:

    a)  The conspiracy involved 50 grams or more of cocaine base (commonly known as "crack cocaine") as to this Defendant.

        _____ No

        __✓__ Yes

    b)  The conspiracy involved 5 kilograms or more of cocaine as to this Defendant.

        __✓__ No

        _____ Yes

    (c) The conspiracy involved 100 grams or more of heroin as to this Defendant.

        _____ No

        __✓__ Yes

2.   As to Count 2, possession with intent to distribute 50 grams or more of cocaine base (commonly known as "crack" cocaine), 500 grams or more of cocaine, 100 grams or more of heroin, quantities of marijuana or 3, 4-Methylenedioxymethamphetamine hydrochloride, also known as MDMA, also known as "Ecstasy", on or about April 4, 2002, we, the jury, unanimously find Defendant Terrance Daniels

_____ Not Guilty

__✓__ Guilty

If you found the Defendant guilty of Count 2, please continue:

a) Defendant possessed with intent to distribute 50 grams or more of cocaine base (commonly known as "crack cocaine").


_____ No
__✓__ Yes

b) Defendant possessed with intent to distribute 500 grams or more of cocaine.


_____ No
__✓__ Yes

c) Defendant possessed with intent to distribute 100 grams or more of heroin.


_____ No
__✓__ Yes

d) Defendant possessed with intent to distribute quantities of marijuana.


_____ No
__✓__ Yes

e) Defendant possessed with intent to distribute 3, 4-

Methylenedioxymethamphetamine hydrochloride, also known as MDMA, also known as "Ecstasy".

_____ No

__✓__ Yes

3. As to Count 3, possession with intent to distribute 50 grams or more of cocaine base (commonly known as "crack" cocaine), 5 kilograms or more of cocaine, and 100 grams or more of heroin, or aiding and abetting, on or about July 14, 2002, we, the jury, unanimously find Defendant Terrance Daniels

__✓__ Not Guilty

_____ Guilty

If you found the Defendant guilty of Count 3, please continue.

   a) Defendant possessed with intent to distribute 50 grams of more of cocaine base (commonly known as "crack" cocaine) or aided and abetted such possession.

   _____ No

   _____ Yes

   b) Defendant possessed with intent to distribute 5 kilograms or more of cocaine or aided and abetted such possession.

   _____ No

   _____ Yes

   c) Defendant possessed with intent to distribute 100 grams or more of heroin or aided and abetted such possession.

   _____ No

   _____ Yes

3

5.  As to Count 5, possession with intent to distribute 5 grams or more of cocaine base (commonly known as "crack" cocaine), 500 grams or more of cocaine, and a quantity of heroin, and aiding or abetting, on or about March 18, 2004, we, the jury, unanimously find Defendant Terrance Daniels

    _____ Not Guilty

    __✓__ Guilty

    If you found the Defendant guilty of Count 5, please continue.

    a)  Defendant possessed with intent to distribute 5 grams or more of cocaine base (commonly known as "crack" cocaine) or aided and abetted such possession.

        _____ No

        __✓__ Yes

    b)  Defendant possessed with intent to distribute 500 grams or more of cocaine or aided and abetted such possession.

        _____ No

        __✓__ Yes

    c)  Defendant possessed with intent to distribute a quantify of heroin or aided and abetted such possession.

        _____ No

        __✓__ Yes

6.  As to Count 6, possession with intent to distribute 5 grams or more of cocaine base (commonly known as "crack" cocaine), on or about March 18, 2004, we, the jury, unanimously find Defendant Terrance Daniels

    _____ Not Guilty

    __✓__ Guilty

7. As to Count 7, felon in possession of firearms on or about March 18, 2004, that is, a Glock .40 caliber semi-automatic pistol and a Sig Sauer Pro .357 caliber semi-automatic pistol, both of which had been shipped and transported in interstate and foreign commerce, we, the jury, unanimously find Defendant Terrance Daniels

   \_\_\_\_\_ Not Guilty

   __✓__ Guilty

If you found Defendant Terrance Daniels guilty in Count 5 or 6, continue:

8. As to Count 8, possession of a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, or aiding and abetting such possession, we, the jury, unanimously find Defendant Terrance Daniels

   \_\_\_\_\_ Not Guilty

   __✓__ Guilty

                                              /S/ Charles H. Davis
                                              Foreperson

Columbia, South Carolina
January 21, 2005

5